JS6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADRIAN GONZALEZ,**<br><br>Plaintiff,<br><br>**v.**<br><br>**LENDINGCLUB BANK, N.A.; CAPITAL ONE BANK USA N.A.; CREDIT ONE BANK, N.A.; AND, TRANS UNION LLC**<br><br>Defendants. | **Case No.:** 2:25-cv-04084-MAR<br><br>**ORDER**<br><br>**HON. MARGO A. ROCCONI** |

Based upon Plaintiff's Notice of Dismissal of Entire Action, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 7/29/26

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE